UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HSBC BANK USA,<br><br>                Plaintiff,<br><br>    v.<br><br>VICTOR TIMMERMAN,<br><br>                Defendant. | CASE NO. C17-1311 RAJ<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Defendant's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Defendant may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to defendant.

DATED this 7th day of September, 2017.

                                          BRIAN A. TSUCHIDA
                                          United States Magistrate Judge