UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HSBC BANK USA,

    Plaintiff,

v.

VICTOR TIMMERMAN, *et al.,*

    Defendants.

Case No. C17-1311-RAJ

ORDER

This matter comes before the Court on Plaintiff HSBC Bank USA's Motion to Remand. Dkt. # 9. Defendants did not file a response to Plaintiff's Motion. This is the second notice of removal to District Court that Defendants have filed for the same matter and the fourth case regarding the foreclosure of the real property located at 14423 2nd Ave Northwest, Marysville, WA 98271. *See HSBC Bank USA v. Timmerman*, 16-cv-1760-JCC; *Timmerman v. HSBC Bank USA et al.*, 16-cv-0009-RAJ; *Timmerman v. HSBC Bank USA*, 15-cv-1434-RAJ. This matter was remanded back to Snohomish County Superior Court because Defendants failed to show that this Court has jurisdiction over this claim. *Id.* Defendants' new notice of removal fails to cure the deficiencies noted in the Court's previous Order. *See HSBC Bank USA v. Timmerman*, 16-cv-1760-JCC.

    //

ORDER – 1

Therefore, Plaintiff's Motion to Remand is **GRANTED.** Dkt. # 9. The Court hereby **REMANDS** this case to Snohomish County Superior Court.

DATED this 21st day of February, 2018.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2